AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

|  |  |  |
|---|---|---|
| **SHEMECA CRADDOCK,** | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. _____ (To be assigned) |
| **OPENAI OPCO, LLC, a Delaware limited liability company; UNKNOWN CORPORATE AFFILIATES AND SUBSIDIARIES OF OPENAI OPCO, LLC; and DOES 1-10** | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  **OPENAI OPCO, LLC**
**c/o Corporation Service Company (Registered Agent)**
**251 Little Falls Drive**
**Wilmington, Delaware 19808**

**Also serve:**
**OpenAI OpCo, LLC**
**3180 18th Street, San Francisco, CA 94110**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: **Jeremy Kimmelman, Esq. (SBN 322958)**
**The Law Offices of James L. Arrasmith, APC 5150 Sunrise Boulevard, Suite G-1**
**Fair Oaks, California 95628**
**Telephone: (916) 318-5858 | owls@jlegal.org**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __**July 7, 2026**__

_____
*Signature of Clerk or Deputy Clerk*